**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHRISTOPHER LACCINOLE,<br>　　　　　Plaintiff,<br><br>v.<br><br>HONORING AMERICAN LAW<br>ENFORCEMENT PAC,<br>　　　Defendants. | Case No. 1:20-cv-00438-WES-PAS |

**HONORING AMERICAN LAW ENFORCEMENT PAC'S**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, Honoring American Law Enforcement PAC ("PAC") answers the enumerated paragraphs of the Plaintiff's Complaint as follows:

**I. INTRODUCTION**

The introduction does not contain factual allegations relevant to the Complaint but, instead, contains scurrilous and inflammatory falsehoods designed to prejudice the reader.  No response is required but to the extent a response is requited, PAC denies the introduction

1.　　This paragraph states a truism and calls for a legal conclusion and thus no response is required.  To the extent a response in required, PAC denies this paragraph.

2.　　This paragraph states a truism and calls for a legal conclusion and thus no response is required.  To the extent a response in required, PAC denies this paragraph.

3.　　This paragraph states a truism and calls for a legal conclusion and thus no response is required.  To the extent a response in required, PAC denies this paragraph.

4.　　PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

5.　　Denied.

## II. JURISDICTION AND VENUE

6. This paragraph states a truism and calls for a legal conclusion and thus no response is required. To the extent a response in required, PAC denies this paragraph.

7. This paragraph states a truism and calls for a legal conclusion and thus no response is required. To the extent a response in required, PAC denies this paragraph.

8. This paragraph states a truism and calls for a legal conclusion and thus no response is required. To the extent a response in required, PAC denies this paragraph.

9. This paragraph states a truism and calls for a legal conclusion and thus no response is required. To the extent a response in required, PAC denies this paragraph.

## III. PARTIES

10. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

11. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

12. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

13. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

14. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

15. Admitted.

16. This paragraph calls for a legal conclusion to which no response is required.

17. This paragraph calls for a legal conclusion to which no response is required.

18. This paragraph calls for a legal conclusion to which no response is required.

19. This paragraph references John Doe individuals and, therefore, no response is required. To the extent a response is required, PAC denied the allegations of this paragraph.

20. This paragraph references John Doe individuals and, therefore, no response is required. To the extent a response is required, PAC denied the allegations of this paragraph.

### IV. FACTUAL ALLEGATIONS

21. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

22. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

23. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

24. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

25. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

26. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

27. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

28. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

29. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

30. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

31. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

32. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

33. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

34. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

35. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

36. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

37. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

38. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

39. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

40. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

41. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Admitted.

47. Admitted.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

53. Admitted as written but irrelevant.

54. The referenced document speaks for itself and PAC denies any allegations in this paragraph inconsistent with its terms.

55. Admitted. The organization uses UPS services for mailing purposes.

56. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

57. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

58. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

59. PAC lacks sufficient information or belief to either admit or deny the allegations of this paragraph.

60. This paragraph calls for a legal conclusion to which no response is required.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

## V. STATUTORY STRUCTURE TELEHPONE CONSUMER PROTECTION ACT

86. This paragraph states a truism to which no response is required.

87. This paragraph states a truism to which no response is required.

88. This paragraph calls for a legal conclusion to which no response is required.

89. This paragraph calls for a legal conclusion to which no response is required.

90. This paragraph calls for a legal conclusion to which no response is required.

## VI. STATUTORY STRUCTURE RHODE ISLAND DECEPTIVE TRADE PRACTICES ACT

91. This paragraph states a legal conclusion to which no response is required.

92. This paragraph states a legal conclusion to which no response is required.

93. This paragraph states a legal conclusion to which no response is required.

94. This paragraph states a legal conclusion to which no response is required.

95. This paragraph states a legal conclusion to which no response is required.

96. This paragraph states a legal conclusion to which no response is required.

97. This paragraph states a legal conclusion to which no response is required.

98. This paragraph states a legal conclusion to which no response is required.

### VII. STATUTORY STRUCTURE RIGHT TO PRIVACY

99. This paragraph states a legal conclusion to which no response is required.

### COUNT I – Telephone Consumer Protection Act – 47 U.S.C. § 227(b)(1)(A)(iii)

100. Denied.

101. Denied.

102. Denied

103. Denied.

### COUNT II – Telephone Consumer Protection Act – 47 CFR § 64.1200(a)(1)(iii)

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

### COUNT III - Telephone Consumer Protection Act – 47 CFR § 64.1200(a)(2)

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

### COUNT IV - Telephone Consumer Protection Act – 47 CFR § 64.1200(b)(1)

114. Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

**COUNT V - Telephone Consumer Protection Act – 47 CFR § 64.1200(b)(2)**

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

**COUNT VI - Telephone Consumer Protection Act – 47 CFR § 64.1200(b)(3)**

124. Denied.

125. Denied

126. Denied.

127. Denied.

128. Denied.

**COUNT VII - Telephone Consumer Protection Act – 47 CFR § 64.1200(c)(2)**

129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

**COUNT VIII - Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(4)**

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

**COUNT IX - Telephone Consumer Protection Act – 47 U.S.C. § 227(c)(5)**

142. Denied.

143. Denied.

144. Denied.

145. Denied.

**COUNT X - Telephone Consumer Protection Act – 47 CFR § 64.1200(a)(1)(iii)**

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

**COUNT XI - Telephone Consumer Protection Act – 47 CFR § 64.1200(a)(2)**

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

**COUNT XII - Telephone Consumer Protection Act – 47 CFR § 64.1200(b)(1)**

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

**COUNT XIII - Telephone Consumer Protection Act – 47 CFR § 64.1200(b)(2)**

161. Denied.

162. Denied.

163. Denied.

164. Denied.

165. Denied.

166. Denied.

**COUNT XIV - Telephone Consumer Protection Act – 47 CFR § 64.1200(b)(3)**

167. Denied

168. Denied

169. Denied.

170. Denied.

171. Denied.

**COUNT XV - Telephone Consumer Protection Act – 47 CFR § 64.1200(c)(2)**

172. Denied.

173. Denied.

174. Denied.

175. Denied.

176. Denied.

### **COUNT XVI - Telephone Consumer Protection Act – 47 CFR § 64.1200(d)(4)**

177. Denied.

178. Denied.

179. Denied.

180. Denied.

181. Denied.

182. Denied.

183. Denied.

184. Denied.

### **COUNT XVII – RHODE ISLAND DTPA**

185. Denied.

186. Denied.

187. Denied.

188. Denied.

189. Denied.

190. Denied.

191. Denied.

192. Denied.

193. Denied.

194. Denied.

## COUNT XVIII – RIGHT TO PRIVACY

195. Denied.

196. Denied.

197. Denied.

198. Denied.

199. Denied.

200. Denied.

WHEREFORE, PAC demands judgment enter in its favor and against the Plaintiff with respect to all claims directed against it, that it be awarded its attorneys' fees and costs, and such other relief as the Court deems proper.

## JURY DEMAND

PAC demands trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief may be granted.

2. The actions complained of by the Plaintiff were made by others over whom the Defendant had no direction or control.

|  |  |
|---|---|
|  | **HONORING AMERICAN LAW ENFORCEMENT PAC** By Its Attorneys |
|  | /s/ Brian C. Newberry Brian C. Newberry (#5542) bnewberry@donovanhatem.com Adam C. Benevides (#8043) abenevides@donovanhatem.com **DONOVAN HATEM LLP** 53 State Street, 8th Floor Boston, MA 02109 (617) 406-4500 |
| Dated: October 15, 2020 | (617) 406-4501 *fax* |

### CERTIFICATE OF SERVICE

I certify that on this 15th day of October, 2020, I filed the within document through the Electronic Filing System and caused a true copy of this document to be served via electronic mail upon counsel of record:

| | |
|---|---|
| Christopher M. Laccinole 23 Othmar Street Narragansett, RI 02882 chrislaccinole@gmail.com *Pro Se Plaintiff* | |

/s/ Brian C. Newberry

02118911.DOCX // TBD