UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christopher Laccinole
Plaintiff,
v.                                                  Case No.: 1:20−cv−00438−MSM−PAS

Honoring American Law Enforcement PAC
Defendant.

## ORDER OF COURT

    The plaintiff is hereby ordered to file a status report by January 31, 2025 advising the court of the current status of the above−referenced case.

    It is so ordered.

January 15, 2025

By the Court:

/s/ Mary S. McElroy
United States District Judge