# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Christopher Laccinole
Plaintiff,
v.                                              Case No.: 1:20−cv−00438−MSM−PAS

Honoring American Law Enforcement PAC
Defendant.

## ORDER OF COURT

       The plaintiff is hereby ordered to file a status report by May 9, 2025 advising the court of the current status of the above−referenced case.

       <u>It is so ordered</u>.

February 14, 2025                                          By the Court:

                                                             /s/ Mary S. McElroy
                                                             United States District Judge